147 So. 646

## Earl L. FRICKS v. STATE.
### 6 Div. 326.

Supreme Court of Alabama.
April 13, 1933.

Mullins, Pointer & Deramus and Luther Patrick, all of Birmingham, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

BOULDIN, Justice.

Petition of Earl L. Fricks for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Fricks v. State, 147 So. 645.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.

147 So. 647

## John BERRY v. STATE.
### 7 Div. 193.

Supreme Court of Alabama.
April 13, 1933.

W. M. Beck, J. A. Johnson, and Haralson & Son, all of Fort Payne, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

GARDNER, Justice.

Petition of John Berry for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Berry v. State, 147 So. 646.

Writ denied.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.